UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SIDNEY JACOBS, | No. 09-15293 |
| Plaintiff - Appellant, | D.C. No. 2:08-cv-00636-RLH-LRL |
| v. | District of Nevada, Las Vegas |
| MANDALAY CORP., DBA Mandalay Bay Resort and Casino, | |
| Defendant - Appellee. | ORDER |

Appeal from the United States District Court
for the District of Nevada
Roger L. Hunt, Chief District Judge, Presiding

Argued and Submitted March 8, 2010
San Francisco, California

Before: HALL, NOONAN and THOMAS, Circuit Judges.

Appellant waives this appeal. It is therefore **DISMISSED**. The parties shall bear their own costs.